UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nicholas Mavis,

        Plaintiff,

v.

Diversified Consultants, Inc.; and
DOES 1-10, inclusive,

        Defendants.

Civil Action No.: 3:13-cv-30087-KPN

**PLAINTIFF'S NOTICE OF MOTION FOR PROTECTIVE ORDER**

Nicholas Mavis ("Mavis"), by and through his undersigned counsel, under Fed. R. Civ. Pr. 26(c) moves for a protective order as against Defendant Diversified Consultants, Inc. ("DCI"). In support of this motion, Mavis relies on his Memorandum of Law and supporting exhibits.

Dated: March 18, 2014

        Respectfully submitted,

        By: _/s/ Sergei Lemberg_
        Sergei Lemberg, Esq. (BBO# 650671)
        LEMBERG & ASSOCIATES L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        *Attorneys for Plaintiff*

DENIED. The motion is untimely. - No fees at this time.
So ordered. Michael A. Ponsor USDJ
4·11·14