# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS MAVIS, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>DIVERSIFIED CONSULTANTS, INC., )<br>    Defendant ) | CIVIL ACTION<br>NO. 3:13-cv-30087-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Diversified Consultants, Inc., against the plaintiff Nicholas Mavis, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                                **ROBERT M. FARRELL**,
                                                CLERK OF COURT

Dated: April 11, 2014          /s/ *Maurice G. Lindsay*
                                          Maurice G. Lindsay
                                          Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98)
    [jgm.]